JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA KNUDSEN, et al., | CASE NO.: CV 19-5063 MWF (SKx) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| MID VALLEY COLLECTION BUREAU, et al., | |
| Defendants. | |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on July 23, 2019, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice. Any claims of any putative class members are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Plaintiff has the right to re-open the matter for 30 days pending consummation of settlement.

IT IS SO ORDERED.

Dated: July 24, 2019

_____
Michael W. Fitzgerald
United States District Judge